Willie Montgomery, Plaintiff in Error, v. H. L. DeLaney, Sheriff of Hendry County, Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.

*Sheppard & Clements,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, *Roy Campbell* and *Ira A. Hutchison,* Assistants, for Defendant in Error.